Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of paperweights in chief value of polystyrene similar in all material respects to those the subject of *B. Shackman & Company et al.* v. *United States* (38 Cust. Ct. 30, C. D. 1839), the claim of the plaintiff was sustained.

**No. 62194.**—F. A. O. Schwarz v. United States, protests 295806–K and 298115–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of paperweights in chief value of polystyrene similar in all material respects to those the subject of *B. Shackman & Company et al.* v. *United States* (38 Cust. Ct. 30, C. D. 1839), the claim of the plaintiff was sustained.

**No. 62195.**—E. Leitz, Inc. v. United States, protest 287636–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of parts of photographic cameras similar in all material respects to the merchandise involved in *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C. D. 1874), the claim of the plaintiff was sustained.

**No. 62196.**—Manca, Inc., and E. Leitz, Inc. v. United States, protests 294792–K and 310240–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C. D. 1874), the merchandise was dutiable as follows: The items marked "A" at 20 percent under paragraph 1551 as parts of photographic cameras, not specially provided for, and the items marked "B" at 25 percent under the provision in paragraph 228, as modified by the General Agreement on Tariffs and Trade (T. D. 51802), for photographic cameras.

**No. 62197.**—Manca, Inc. v. United States, protests 326547–K and 58/1157 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of parts of photographic cameras similar in all material

respects to the merchandise involved in *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C. D. 1874), the claim of the plaintiff was sustained.

**No. 62198.**—Regal Novelty Co., Incorporated *v.* United States, protest 315499–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise described as "Art. No. 102—Firepolished Bandings, 12 Rows" is dutiable at 30 percent under paragraph 218 (f), as modified, *supra,* the claim of the plaintiff was sustained.

**No. 62199.**—R. H. Macy & Co., Inc., et al. *v.* United States, protests 315880–K, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim of the plaintiffs was sustained.

**No. 62200.**—Charles Garcia & Co., Inc. *v.* United States, protests 307222–K (B), etc. (New York).

Opinion by MOLLISON, J.   The protests were dismissed.

BEFORE THE SECOND DIVISION, JULY 22, 1958

**No. 62201.**—Salzman & Klinger, Inc., and Stern & Stern Textiles, Inc. *v.* United States, protests 34043–K and 141188–K (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise are the same in all material respects as those the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C. D. 1889), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, JULY 22, 1958

**No. 62202.**—The Landsdowne Distillery *v.* United States, protest 167682–K (Philadelphia).